# FRANKFURT KURNIT KLEIN & SELZ PC

488 Madison Avenue
New York, New York 10022
Telephone:    (212) 980-0120
Facsimile:     (347) 438-2114

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> #:
> DATE FILED: JUN 0 4 2013

May 29, 2013

Edward H. Rosenthal
Direct dial:(212) 826-5524
e-mail:    erosenthal@fkks.com

**BY FACSIMILE (212-805-0426)**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re:     *Ellen Senisi et al. v. John Wiley & Sons, Inc. (No. 13-cv-3314)(LTS)(AJP)*

Dear Judge Swain:

We were recently retained to represent John Wiley & Sons, Inc. ("Wiley") in the above-referenced action.  We write pursuant to Your Honor's Individual Practices to request an extension of time to answer, move or otherwise respond to the Complaint from Friday, June 7, 2013 up to and including Friday, June 28, 2013.  This is the first request for an extension made by Wiley.  We have consulted with Plaintiffs' counsel and Plaintiffs consent to Wiley's proposed extension of time.

This extension will not affect any other deadline which has been set in the case, nor any hearing date.

Respectfully submitted,

Edward H. Rosenthal

cc:     Kevin McCulloch, Esq. (by email)
Danial Nelson, Esq. (by email)

The request is granted.

**SO ORDERED:**

6|4|13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE