UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELLEN SENISI,

        Plaintiff,

    -against-

JOHN WILEY & SONS, INC.,

        Defendant.

13 Civ. 3314 (LTS)(AJP)

& Coordinated Cases:
14 Civ. 6742
14 Civ. 6743
14 Civ. 6744
14 Civ. 6745
14 Civ. 6746

**ORDER**

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

    The above cases shall be coordinated before me for discovery purposes.

    The scheduled conference in 13 Civ. 3314 on September 15 at 9:30 AM shall apply to all of the above cases. Before that conference, counsel shall discuss whether the schedule set by Judge Swain in 13 Civ. 3314 (ie., fact discovery cutoff of 1/30/15 and expert cutoff of 3/31/15) can apply in all 6 cases or whether adjustments are needed. (The Court notes that the schedule is very generous and any request to extend it must have a good reason.)

    SO ORDERED.

Dated:    New York, New York
            September 3, 2014

                                                  **Andrew J. Peck**
                                                  United States Magistrate Judge

Copies **BY ECF** to:    All Counsel
                             Judges Swain, Broderick, Torres & Hellerstein
                             Chief Judge Preska