# Nelson & McCulloch LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/8/14

Intellectual Property Litigation
New York | District of Columbia

155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178

Dan Nelson

**MEMO ENDORSED** 9/8/14

1. Conf rescheduled to 9/22 at 10AM for all plfs only

2. This also resolves letter-motion Dkt. No. 62 in 13-314.

September 8, 2014

BY ECF

**VIA ECF**

The Hon. Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl St, Room 20D
New York, NY 10007

SO ORDERED:

_/s/ Andrew J. Peck_
Hon. Andrew Jay Peck
United States Magistrate Judge

cc: Judge Swain
    Broderick
    Torres
    Hellerstein

RE: *Ellen Senisi v John Wiley & Sons Inc.*, No. 13-cv-3314 (LTS)(AJP)
*Laura Dwight v John Wiley & Sons Inc.*, No. 14-cv-6742 (VSB)(AJP)
*Mark Gibson v John Wiley & Sons Inc.*, No. 14-cv-6743 (VSB)(AJP)
*Louis Psihoyos v John Wiley & Sons Inc.*, No. 14-cv-6744 (VSB)(AJP)
*David Wells v John Wiley & Sons Inc.*, No. 14-cv-6745 (AT)(AJP)
*Norbert Wu v John Wiley & Sons Inc.*, No. 14-cv-6746 (AKH)(AJP)

Dear Judge Peck,

This firm is counsel for Plaintiffs Ellen Senisi, Laura Dwight, Mark Gibson, Louie Psihoyos, David Wells and Norbert Wu ("Plaintiffs") in the above-referenced matters. Due to a scheduling conflict, I write pursuant to Your Honor's Individual Practices 1(E) to request that the status conference scheduled before Your Honor be adjourned to September 22, 23 or 24, 2014 or a subsequent date convenient to the Court. The conference is currently scheduled for September 15, 2014 and per Your Honor's Order of September 3, 2104 will now include the following matters in addition to 13-cv-3314:

- 14-cv-6742;
- 14-cv-6743;
- 14-cv-6744;
- 14-cv-6745; and
- 14-cv-6746.

Counsel for all Defendants has agreed to the adjournment. This is the second request for an adjournment of the status conference as the first request was denied due to the addition of the above cases to the status conference. The proposed changes to the conference date do not affect any other scheduled deadlines in these cases.

Respectfully submitted,

Dan Nelson

155 East 56th Street
New York, New York 10022
www.nelsonmcculloch.com