UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELLEN SENISI,

       Plaintiff,

-v-

No. 13CV3314-LTS-AJP

JOHN WILEY & SONS, INC.,

       Defendant.

------------------------------------------------------------x

ORDER

The Court has received Plaintiff's objections to Magistrate Judge Peck's December 1, 2014, discovery ruling pursuant to Federal Rule of Civil Procedure 72(a). Any response to Plaintiff's objections must be filed with the Court by December 22, 2014.

SO ORDERED.

Dated: New York, New York
       December 17, 2014

                                             LAURA TAYLOR SWAIN
                                             United States District Judge