IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2015
```

ELLEN SENISI, et al.,

      Plaintiffs,

v.

JOHN WILEY & SONS, INC.,

      Defendant.

No. 13 Civ. 3314 (LTS)
No. 14 Civ. 6742-6746 (███)

Judge Laura Taylor Swain
Magistrate Judge Andrew J. Peck

### [PROPOSED] ORDER

AND NOW, this ___ day of January 2015, having considered the unopposed motion of Pearson Education, Inc. ("Pearson") for a stay of the Court's January 7, 2015 Order requiring the production of settlement agreements to Defendant for outside counsel eyes only;

IT IS HEREBY ORDERED that in the event Pearson files objections to the Court's January 7, 2015 Order on or before January 9, 2015, the Order requiring production of settlement agreements shall be stayed, solely with respect to Pearson's settlement agreements, pending the District Court's resolution of Pearson's objections.

                                                    _____1/9/15_____
                                                LAURA TAYLOR SWAIN,
                                                U.S. DISTRICT JUDGE