UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ELLEN SENISI,

        Plaintiff,

-v-                                                      No. 13CV3314-LTS

JOHN WILEY & SONS, INC.,

        Defendant.

-------------------------------------------------------x

## ORDER

In light of the pending motions for partial summary judgment in this action, the final pretrial conference currently scheduled for Friday, July 17, 2015, at 2:00 p.m. is hereby adjourned to **Friday, November 6, 2015, at 3:00 p.m.**

SO ORDERED.

Dated: New York, New York
       July 10, 2015

                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge