UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ELLEN SENISI et al.,

                Plaintiff(s),

-v-                                        No. 13CV3314-LTS-AJP

JOHN WILEY & SONS. INC.,

                Defendant(s).
-------------------------------------------------------X

### ORDER

The final pretrial conference scheduled for November 6, 2015, is rescheduled to **December 3, 2015, at 11:30 a.m.** in Courtroom 12D.

SO ORDERED.

Dated: New York, New York
         October 7, 2015

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge