

# Nelson & McCulloch LLP

Intellectual Property Litigation
New York | District of Columbia

155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178

**Dan Nelson** *

**Kevin P. McCulloch** ⁺

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-19-2016

January 19, 2016

**VIA ECF AND FACSIMILE**

Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007



RE:     *Senisi v. John Wiley & Sons, Inc.*, No. 13-cv-3314 (LTS) (AJP)

Dear Judge Swain,

This firm is counsel for Plaintiff Ellen Senisi ("Plaintiff") in the above-referenced case against Defendant John Wiley & Sons, Inc. ("Defendant"). I write to request that the Court stay the pre-trial conference and related preceding deadlines pending the Court's ruling on Plaintiff's motion for reconsideration or, in the alternative, for certification of the Court's rulings as a final judgment and to stay this action pending appeal. There is good cause to stay these deadlines as the Court's resolution of Plaintiff's motion will dramatically affect the parties' pre-trial positions and may moot the need for the pretrial conference entirely.

As required by Your Honor's Individual Practices, I have conferred with counsel for Defendant regarding the requested relief and have been advised that Wiley does not oppose this application for a stay, but intends to oppose the motion for reconsideration/certification on both procedural and substantive grounds. Counsel for both parties further request that in the event that Plaintiff's motion for a stay is denied, the Court set new deadlines for the exchange of exhibit and witness lists between the parties and the filing of *in limine* motions, such that the deadline to exchange the exhibit and witness lists is 14 days after such denial and the deadline to file *in limine* motions is 21 days after such denial.

*The stay and pre-conference
submission scheduling
requests are granted.
DE #218 resolved.*

Respectfully submitted,

Kevin McCulloch

Kevin McCulloch

**SO ORDERED:**

_____  1/19/16

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

* Admitted in NY and CO
⁺ Admitted in NY and DC

www.nelsonmcculloch.com